AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Larry Crites

APPEARANCE

CASE NUMBER: 1:07-M-03M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Larry Crites

I certify that I am admitted to practice in this court.

1/4/07
*Date*

[signature]
*Signature*

Timothy J. Morgan
*Print Name*

5365
*Bar Number*

33 College Hill Rd., 15G
*Address*

Warwick
*City*

RI
*State*

02886
*Zip Code*

401.826.3344
*Phone Number*

401.826.0444
*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.