# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

LARRY CRITES

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 1:07-M-03M

RECEIVED

JAN 1 0 2007

US MARSHALS
RHODE ISLAND

(Name and Address of Defendant)
LARRY CRITES

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | Courtroom B |
| Before: ______ | Date and Time<br>Friday, January 12, 2007 at 2:00 P.M. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title ______ Section(s) ______

Brief description of offense:
Preliminary Examination

[signature]
Signature of Issuing Officer

January 10, 2007
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 1/12/07

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: US Magistrate Court Providence RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left: __________

☐ Returned unexecuted: __________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1/12/07
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks: Δ's Atty Previously Served by FAX

FILED
2007 JAN 16 P 12:09
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.