**UNITED STATES DISTRICT COURT**
**DISTRICT OF STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 07-89 S |
| | : | |
| LARRY W. CRITES | : | |

**MOTION TO AMEND CONDITIONS OF RELEASE**

Now comes the Defendant, Larry W. Crites and hereby moves this Honorable Court to amend the conditions of release pending a resolution and disposition of the case.

Defendant requests that his conditions of release, relative to his home confinement electronic monitoring program, be amended to a curfew restriction. Specifically, the defendant seeks to be restricted to his residence from 11:00 p.m. to 7:30 a.m..

Defendant avers that the Government and the office of the United States Probation have no objection to a change in the conditions of release for this defendant.

WHEREFORE, Defendant prays for an Order amending his conditions of release as set forth above and any other further and just relief the court deems appropriate.

Defendant, Larry W. Crites
By his attorney

\s\ Timothy J. Morgan, Esq.
Timothy J. Morgan, Esq. #5365
33 College Hill Road, Suite 15G
Warwick, RI 02886
401.826.3344

**CERTIFICATION**

I hereby certify that a copy of the within Motion was provided to Peter F. Neronha, AUSA, US Attorney's Office, 50 Kennedy Plaza - 8th Floor, Providence, RI 02903, via regular mail, email and electronic filing on the 6th day of June, 2007.

\s\ Timothy J. Morgan, Esq.